## ALFRED ROBINSON v. THE STATE.

Where there was no statement of facts, and the record showed that the indict-
ment was against "Bute Robinson," and an appeal bond by "Alfred Robin-
son," there was such a misnomer as was fatal to the judgment upon the for-
feited bond.

ERROR from Guadaloupe. The cases were all tried before Hon. A. W. TERRELL, one of the district judges.

There was no statement of facts in the case. The following were the facts of record:

The judgment in each of the above cases is upon a forfeited bail bond executed to the sheriff. The question will more clearly appear from a statement of the record in each case.

At the October term, A. D. 1853, the grand jury of

Guadaloupe county returned an indictment against "Bute Robinson," charging him with betting on a certain gaming-bank called "*monte.*"

On the 5th day of December, 1853, a *capias* was issued to the sheriff of Travis county, commanding him "to take the body of Bute Robinson," &c.; upon which the sheriff returned that he had taken said "Bute Robinson," who had given bond with Ed. Finnin and J. N. Jackson as securities, &c.

A bond appears in the transcript, signed by "A. Robinson," as principal, &c., which recites "That whereas the above bounden —— —— was this day arrested by George W. Scott, sheriff of Travis county, by virtue of a writ of *capias* issued out of the district court of said county, commanding," &c., to have the body of said Robinson before the honorable district court of Guadaloupe county," &c.

At the May term, 1854, a judgment *nisi* was rendered in the case of "The State of Texas v. Bute Robinson."

On the 21st September, 1854, a *scire facias* was issued to the sheriff of Caldwell county against "Bute Robinson," upon which the sheriff returned, "Executed by delivering a copy to 'Alfred Robinson,' commonly known as 'Bute Robinson.'"

A *scire facias* was issued to Finnin and Jackson, as the sureties of "Bute Robinson," which was served.

At the November term, 1857, in the case of The State of Texas v. A. Robinson, Edward Finnin, and J. N. Jackson, a final judgment was rendered.

The facts in the other cases were substantially the same.

*W. S. Oldham,* for appellants.

No brief for the state has been furnished to the *Reporter.*

CALDWELL, J.—These three causes rest upon the same grounds. The indictment charges Bute Robinson, and the bail bond was given by Alfred Robinson, and forfeited,

upon which judgment final was rendered. There is no evidence that Bute and Alfred Robinson are the same person, without which no final judgment can be properly rendered, for which these three causes are

DISMISSED.